Cubberly et al. *v.* Shearer.

## MUGG *v.* THE STATE.

APPEAL from the *Steuben* Common Pleas.

*Per Curiam.*—The same question is presented in this case as in those of *Downey* v. *The State*, at this term, [*infra.*]

The judgment is affirmed.

*J. A. Woodhull*, for the appellant.

---

## CUBBERLY *et al. v.* SHEARER.

PPACTICE.—When a cause is brought to this Court upon alleged errors in sustaining demurrers to the complaint, and the appellant's counsel fails to point out the alleged errors, this Court will not search for them.

APPEAL from the *Wabash* Common Pleas.

*Per Curiam.*—Action by the appellee against the appellants, upon a promissory note. Judgment for the plaintiff.

There is no error pointed out in the brief of counsel for the appellants. The defendants below filed an answer of several paragraphs, to which demurrers were sustained. The counsel simply say, "the Court below erred in sustaining said demurrers, for which the judgment ought to be reversed." We shall not range through the record in search of the supposed errors. *Vide Bray* v. *Carpenter*, at the present term, [*supra.*]

The judgment below is affirmed, with costs, and 2 per cent. damages.

*Knight & Conover*, for the appellants.

*Pettit & Cowgill*, for the appellees.